| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Onyinye N Anyama**<br>**Anyama Law Firm, APC**<br>**18000 Studebaker Rd Ste 325,**<br>**Cerritos, CA 90703**<br>**(562) 645-4500 Fax: (562) 645-4494**<br>**262152 CA**<br>**onyi@anyamalaw.com** | |

☐ *Individual appearing without attorney*
☑ *Attorney for:* **Flor Alba Rodriguez-Rodriguez**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Flor Alba Rodriguez-Rodriguez**<br><br>                                                        Debtor. | CASE NO.: **1:26-bk-10013-VK**<br>CHAPTER: **13** |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)**<br>*(Specify name of Motion)* |
| | DATE: **February 5, 2026**<br>TIME: **9:30am**<br>COURTROOM: **301**<br>PLACE: **Zoom** |

1.    TO (specify name):   **THE HONORABLE JUDGE KAUFMAN AND ALL INTERESTED PARTIES**

2.    NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.    **Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

4.    **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.    **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: **January  9, 2026**

| | **Anyama Law Firm, APC** |
|---|---|
| | Printed name of law firm |
| | |
| | **/s/ Onyinye N Anyama** |
| | Signature |
| | **Onyinye N Anyama** |
| | Printed name of attorney |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 1                                          **F 9013-1.1.HEARING.NOTICE**

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Onyinye N Anyama**<br>**18000 Studebaker Rd Ste 325,**<br>**Cerritos, CA 90703**<br>**(562) 645-4500 Fax: (562) 645-4494**<br>**262152 CA**<br>onyi@anyamalaw.com | |

☐ *Individual appearing without attorney*
☑ *Attorney for:* Flor Alba Rodriguez-Rodriguez

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Flor Alba Rodriguez-Rodriguez**<br><br><br><br><br><br><br>Debtor(s). | CASE NO: **1:26-bk-10013-VK**<br><br>CHAPTER    **13**<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)**<br><br>DATE: **February 5, 2026**<br>TIME:   **9:30am**<br>COURTROOM:  **301**<br>PLACE:  **Zoom** |

**Movant:** __Flor Alba Rodriguez-Rodriguez__

1. NOTICE IS HEREBY GIVEN to **THE HONORABLE JUDGE KAUFMAN AND ALL INTERESTED PARTIES** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. Hearing Location:

   ☐ 255 East Temple Street, Los Angeles, CA 90012       ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☑ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

3. a. ☑ This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 4001-1.IMPOSE.STAY.MOTION**

(or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

b. ☐ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least ___ days before the hearing.

(1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

(3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:   **January 9, 2026**

**Anyama Law Firm, APC**
Printed name of law firm (if applicable)

**Onyinye N Anyama**
Printed name of individual Movant or attorney for Movant

**/s/ Onyinye N Anyama**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page  2                    **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:**  Flor Alba Rodriguez-Rodriguez

1. **The Property or Debt at Issue:**
   a. ☑ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☑ Vehicle *(describe year, manufacturer, type, and model)*: **2018 Ford Fusion**
         Vehicle Identification Number: **3FA6P0HD0KR175757**
         Location of vehicle *(if known)*: **9831 Sepulveda Blvd, Unit A, North Hills, CA 91343**

      ☐ Equipment *(describe manufacturer, type, and characteristics)*:
         Serial number(s):

         Location *(if known)*:

   b. ☑ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☑ Vehicle *(describe year, manufacturer, type, and model)*: **2019 Kia Altima**
         Vehicle Identification Number: **5XXGT4L32KG318786**
         Location of vehicle *(if known)*: **9831 Sepulveda Blvd, Unit A, North Hills, CA 91343**

      ☐ Equipment *(describe manufacturer, type, and characteristics)*:
         Serial number(s):

         Location *(if known)*:

      ☐ Other Personal Property *(describe type, identifying information, and location)*:

      ☑ Real Property
         Street Address: **9831 Sepulveda Blvd.**
         Apt./Suite No.: **Unit 26**
         City, State, Zip Code:  **North Hills, CA 91343**
         Legal description or document recording number(include county of recording):

      ☑ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor)  **Royal Pacific Funding Corp.   and Sepulveda/Lassen HOA**  to secure   the sum of approximately **$ 348,718.57**   now owed. (Secured Creditor/Lessor).   Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

   b. ☐   Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☐   Movant moves for an order **imposing a stay** *as to all creditors.*

   d. ☑   Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

   e. ☑   Movant moves for an order **continuing the automatic stay** *as to all creditors*.

2. **Case History:**
   a. ☑ A voluntary  ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7  ☐ 11  ☐ 12
      ☑ 13 was filed concerning the present case on *(specify date)*: **1/06/2026**

   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 3                          **F 4001-1.IMPOSE.STAY.MOTION**

# LEGAL DESCRIPTION

The land referred to is situated in the County of Los Angeles, City of Los Angeles, State of California, and is described as follows:

A Condominium Comprised Of :

Parcel 1:

An undivided 1115/30950 interest in and to Lot 1 of Tract 32822, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 876 Pages 31 to 33, inclusive of Maps, in the office of the County Recorder of said County.

Except therefrom each and all of the units as shown and defined upon the Condominium Plan recorded June 21, 1977 as Instrument No. 77-659661, Official Records.

Parcel 2:

Unit 26, as shown and defined on the Condominium Plan described in Parcel 1 above.

APN: ▮▮▮▮▮▮

d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the
petition date in this case. These cases and the reasons for dismissal are:

    1.   Case name: **Flor Alba Rodriguez-Rodriguez**
       Case number: **1:25-bk-11779-VK**     Chapter: **13**
       Date Filed: **9/24/2025**      Date dismissed: **12/11/2025**
       Relief from stay re this Property    ☐ was    ☑ was not granted
       Reason for dismissal: **Failure to make plan payments.**

    2.   Case name:
       Case number:                 Chapter:
       Date Filed:                 Date dismissed:
       Relief from stay re this Property    ☐ was    ☐ was not granted
       Reason for dismissal:

       ☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property
as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not
performed as promised therein.

f. ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was __2/11/2026__ and the court ☐ has
☑ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The
extended date (*if applicable*) is __.

g. ☐ In a previous case(s), as of the date of dismissal there was:
☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3.   The equity in the property is calculated as follows:

a)  1.   Property description/value: __9831 Sepulveda Blvd., Unit 26, North Hills, CA 91343__   $ 520,000.00
    2.   Creditor/Lien amount: __Royal Pacific Funding Corp__   $ 341,718.57
    3.   Creditor/Lien amount: __Sepulveda/Lassen HOA__   $ 7,000.00
    4.   Creditor/Lien amount:__   $__
    5.   Creditor/Lien amount:__   $__
    6.   Total Liens   $ 348,718.57
    7.   Debtor's Homestead Exemption   $ 171,281.43
    8.   Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $ 0.00

b)  1.   Propery description/value:__   $__
    2.   Creditor/Lien amount:__   $__
    3.   Creditor/Lien amount:__   $__
    4.   Creditor/Lien amount:__   $__
    5.   Creditor/Lien amount:   $__
    6.   Total Liens   $__
    7.   Debtor's Homestead Exemption   $__
    8.   Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $__

    ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*           Page 4           **F 4001-1.IMPOSE.STAY.MOTION**

4. **Grounds for Continuing the Stay:**

a. ☑ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

    1. ☐ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

        A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

        B. ☑ Good faith is shown because  **The Debtor confused the due date of her plan payment. When she realized her mistake, it was too late and the plan payment bounced prior to the confirmation hearing date on December 12, 2025.**

            ☐ See attached continuation page

    2. ☑ The Property is of consequential value or benefit to the estate because:

        A. ☑ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);*.

        B. ☑ The Property is necessary to a reorganization for the following reasons:  **The Debtor has over $171,000.00 in equity.**

            ☑ See attached continuation page

        C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __

            ☐ See attached continuation page

    3. ☑ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

        A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

        B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;

        C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because __

            ☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 5                   **F 4001-1.IMPOSE.STAY.MOTION**

D.  ☐  Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐  See attached continuation  page

E.  ☐  Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐  See attached continuation page

F.  ☑  There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:  __The Debtor has sufficient income to fund this Chapter 13 bankruptcy.__

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☑  See attached continuation page

G.  ☑  For the following additional reasons  __The Debtor believed that her plan payment was due on the 28th of each month. The Debtor's bank account had sufficient income to pay her plan payment. ON December 10, 2025, TFS withdrew the scheduled plan payments from the Debtor's account totaling $615.99.__

☑  See attached continuation page

4.  ☑  The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because  __The Debtor has made post-petition mortgage and HOA payments. She has the ability to continue making payments during this present case.__

☑  See attached continuation page

5.  **Grounds for Imposing a Stay:**
   a.  ☐  Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1.  ☐  The Property is of consequential value or benefit to the estate because the fair market value of the Property is         greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 6                     **F 4001-1.IMPOSE.STAY.MOTION**

2. ☐  The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: ___.

    ☐ See attached continuation page

3. ☐  The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: ___

    ☐ See attached continuation page

b. ☐  The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐  The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

2. ☐  Good faith is shown because ___

    ☐ See attached continuation page

c. ☐  The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐  Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: ___

    ☐ See attached continuation page

2. ☐  Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐  Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because ___

    ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 7                    **F 4001-1.IMPOSE.STAY.MOTION**

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons __

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

   a. ☑ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
   b. ☐ Other Declaration(s) are also attached in support of this Motion
   c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.
   d. ☑ Other evidence *(specify)*: __Copies of bank statements.__

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following *(specify forms of relief requested):***

1. ☑ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 8          **F 4001-1.IMPOSE.STAY.MOTION**

2.  ☑  That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3.  ☑  That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4.  ☐  That a Stay be imposed as to all creditors until further order of the court..

5.  ☐  That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6.  ☐  That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7.  ☐  For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* ___

8.  ☐  For other relief requested, see attached continuation page.


Date:  **January 9, 2026**

Respectfully submitted,
**Flor Alba Rodriguez-Rodriguez**
Movant Name
**Anyama Law Firm, APC**
Firm Name of attorney for Movant (if applicable)

**/s/ Onyinye N Anyama**
Signature
**Onyinye N Anyama**
Printed Name of Individual Movant or Attorney for Movant


## DECLARATION OF MOVANT

I  **Onyinye N. Anyama**, am the  **Attorney**  of Movant. I have read the foregoing motion consisting of  **24**  pages, and the attached materials incorporated therein by reference.  If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded.  I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


**January  9, 2026**          **Onyinye N Anyama**                **/s/ Onyinye N Anyama**
*Date*                  *Printed name of declarant*                 *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 9              **F 4001-1.IMPOSE.STAY.MOTION**

Anyama Law Firm, APC
Onyinye N. Anyama (SBN: 262152)
18000 Studebaker Rd., Suite 325
Cerritos, CA 90703
Tel: (562)645-4500
Fax: (562)645-4494
onyi@anyamalaw.com

Flor Alba Rodriguez-Rodriguez
Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 1:26-bk-10013-VK |
| | Chapter 13 |
| Flor Alba Rodriguez-Rodriguez | **DECLARATION OF FLOR ALBA RODRIGUEZ-RODRIGUEZ IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE AUTOMATIC STAY** |
| Debtor. | |

I, Flor Alba Rodriguez-Rodriguez, declare as follows:

1.      I am the Debtor in the above-captioned proceeding.  I have personal knowledge of the facts set forth herein and if called upon to testify hereto, I could and would do so competently thereto.

2.      I filed my prior bankruptcy on September 24, 2025, case number: 1:25-bk-11779-VK. This case was dismissed on December 11, 2025. This case was dismissed for failure to make the required plan payment. During this case I thought that my plan payment was due on the 28th of each month this instead of the 24th. I inadvertently scheduled my plan payment to be withdrawn

from my account on the 28th of the month. I deposited funds on December 25, 2025; by then my plan payment had already bounced. When I realized that my payment bounced, I did not have enough time to reschedule a payment prior to my confirmation hearing on December 11, 2025. My bank statement shows that I had the necessary funds to make my plan payment. Attached hereto as **Exhibit "1"** is a true and correct copy of my bank statements from October, November and December. Moreover, TFS withdrew $615.99 from my bank account on December 10, 2025.

3.    I believe that this case will work. I am still looking for full-time employment. My husband continues working as a Truck Driver for New Star Truck Company Inc. as an Independent Contractor. His average monthly income is an estimated $8,847.80. I believe that this income is sufficient to fund this new chapter 13 bankruptcy.

4.    I believe that this bankruptcy is necessary for the reorganization of my case. I have over $171,000.00 in equity. I owe an estimated $ 341,718.57 to my Deed of Trust, Royal Pacific Funding Corp. I owe an estimated $7,000.00 to the HOA, Sepulveda/Lassen HOA, for a total debt of $ 348,718.57, resulting in $171,000.00 in equity. My property is currently listed for sale. I am looking for an interested buyer. When escrow opens, I am going to file a motion to sell and payoff all of my creditors. I have tendered many years of mortgage payments toward our home. I would like to save my property from foreclosure and protect our investment and feel that this property is necessary for an effective reorganization. Moreover, my current plan payment proposes a 100% payment to all creditors.

5.    Therefore, I respectfully request that the court grants this motion so that I can avoid the foreclosure sale of my home and save my property.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing facts are known by me to be true and correct.


Executed on January 9, 2026, in North Hills, California.


_Flor Rodriguez_
Flor Alba Rodriguez-Rodriguez, Debtor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

**BANK OF AMERICA** 〰️

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

FLOR A RODRIGUEZ
9831 SEPULVEDA BLVD UNIT 26
NORTH HILLS, CA  91343-3315

📱 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

💬 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Adv Plus Banking

for November 14, 2025 to December 16, 2025

**FLOR A RODRIGUEZ**

Account number: ⬛⬛⬛⬛⬛⬛⬛⬛

### Account summary

| | |
|---|---:|
| Beginning balance on November 14, 2025 | $13.13 |
| Deposits and other additions | 3,330.88 |
| ATM and debit card subtractions | -1,930.48 |
| Other subtractions | -905.99 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on December 16, 2025** | **$495.54** |



## Take your security to the next level

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.



SSM-01-25-2480.B  I  7528643

FLOR A RODRIGUEZ  |  Account #   |  November 14, 2025 to December 16, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**BANK OF AMERICA**

FLOR A RODRIGUEZ  |  ⬛⬛⬛⬛⬛⬛⬛  |  November 14, 2025 to December 16, 2025

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|-------:|
| 11/25/25 | Zelle payment from JAIR GONZALEZ Conf# kuxkier79 | 600.00 |
| 11/26/25 | SBMS          DES:Off-Cycle  ID:249757  INDN:Rodriguez, Flor          CO ID:3261375586 PPD | 550.88 |
| 12/05/25 | BKOFAMERICA ATM 12/05 #000005785 DEPOSIT SEPULVEDA-DEVONSHI MISSION HILLS CA | 180.00 |
| 12/08/25 | Zelle payment from JAIR GONZALEZ Conf# p1toshgxd | 1,000.00 |
| 12/08/25 | Zelle payment from JAIR GONZALEZ Conf# oe7uy68hq | 1,000.00 |
| **Total deposits and other additions** | | **$3,330.88** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 11/17/25 | PURCHASE  1115 SHEIN.COM 3721053668  DE | -216.80 |
| 11/17/25 | CHECKCARD  1115 Klarna SHEIN US 1517426184  DE 1230202531900474451096 | -14.58 |
| 11/28/25 | PURCHASE  1127 Klarna*Temu.com 8445527621  OH | -19.96 |
| 11/28/25 | VALLARTA SUPER  11/27 #000259237 MOBILE PURCHASE VALLARTA SUPERMAR  NORTH HILLS CA | -140.29 |
| 11/28/25 | PURCHASE  1127 AMAZON PRIME*AE7H 8882804331  WA | -16.45 |
| 12/01/25 | PURCHASE  1128 WWW.ONETEA* WWW.O 8317045153  CA | -149.00 |
| 12/01/25 | CVS/PHARMACY #  11/30 #000130890 MOBILE PURCHASE CVS/PHARMACY #097  Mission Hills CA | -40.16 |
| 12/04/25 | CHECKCARD  1203 KLARNA* SHEIN US 8445527621  OH 8230509533750007513 0164 RECURRING | -14.58 |
| 12/04/25 | TJMAXX #0397    12/04 #000013891 MOBILE PURCHASE TJMAXX #0397          GRANADA HILLS CA | -10.96 |
| 12/05/25 | MOBILE PURCHASE 1204  SKECHERS-USA #744 NORTH HILLS  CA | -43.87 |
| 12/08/25 | PURCHASE  1206 CANVA* I04722-164 7372853388  DE | -14.99 |

*continued on the next page*

Available in English and Spanish

**Send wire transfers in the Mobile Banking app**

Use our app or Online Banking to send domestic wires or international wires in 140+ currencies to over 200 countries.

**Scan the code or visit bofa.com/wiretransfers.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

Fees or other costs may apply to wire transfers. See the Online Banking Service Agreement at bankofamerica.com. Data connection required. Carrier fees may apply.



SSM-12-24-0270.C  I  7457437

**BANK OF AMERICA**

FLOR A RODRIGUEZ | ▓▓▓▓▓▓▓▓ |    November 14, 2025 to December 16, 2025

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date | |
|---|---|---|---|
| Total Overdraft fees | $0.00 | $40.00 | We refunded to you a total of $10.00 in fees for Overdraft and/or NSF: Returned Items this year. |
| Total NSF: Returned Item fees | $0.00 | $0.00 | |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**
-   Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
-   Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|---|---|---|
| 11/14/25 | Monthly Maintenance Fee | -12.00 |
| **Total service fees** | | **-$12.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

FLOR A RODRIGUEZ ⬛⬛⬛⬛⬛⬛⬛    |  November 14, 2025 to December 16, 2025

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 12/08/25 | PURCHASE   1207 OPENAI *CHATGPT S 4158799686   CA | -20.00 |
| 12/09/25 | MOBILE PURCHASE 1208 PAPA JOHN'S #4479 MISSION HILLSCA | -10.96 |
| 12/09/25 | PURCHASE   1208 APF*CITICORE PROP 8188945805   CA | -1,009.99 |
| 12/10/25 | MOBILE PURCHASE 1209 NORA VALERO NORTH HILLS  CA | -54.69 |
| 12/10/25 | CVS/PHARMACY #  12/10 #000340905 MOBILE PURCHASE CVS/PHARMACY #097  Mission Hills CA | -4.16 |
| 12/11/25 | PURCHASE   1211 AMAZON MKTPL*BK9N 8662161072   WA | -22.89 |
| 12/12/25 | CHECKCARD  1210 GOOGLE *Google Mountain ViewCA | -1.99 |
| 12/12/25 | PURCHASE   1211 Klarna*Temu.com 8445527621   OH | -6.70 |
| 12/12/25 | VALLARTA SUPER  12/12 #000545797 MOBILE PURCHASE VALLARTA SUPERMAR  NORTH HILLS CA | -24.45 |
| 12/15/25 | MOBILE PURCHASE 1212 ROSS STORES #2052 MISSION HILLSCA | -35.09 |
| 12/15/25 | VALLARTA SUPER  12/15 #000502328 MOBILE PURCHASE VALLARTA SUPERMAR  NORTH HILLS CA | -24.66 |
| 12/16/25 | MOBILE PURCHASE 1215 THE GREEN OLIVE C COMPTON    CA | -2.20 |
| 12/16/25 | VALLARTA SUPER  12/16 #000643102 MOBILE PURCHASE VALLARTA SUPERMAR  NORTH HILLS CA | -10.88 |
| 12/16/25 | CVS/PHARMACY #  12/16 #000154309 MOBILE PURCHASE CVS/PHARMACY #097  Mission Hills CA | -20.18 |

**Total ATM and debit card subtractions**                                **-$1,930.48**

### Other subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 12/05/25 | Zelle payment to  Luxxorsalon Conf# vbul7gwou | -40.00 |
| 12/08/25 | Zelle Recurring payment to  Laurita Bebe Conf# xxe4ff5h1 | -250.00 |
| 12/10/25 | TFS 888-729-2413 DES:TFS PAY   ID:        17794909 INDN:Flor Rodriguez-rodrigu  CO ID:7342065079 PPD | -615.99 |

**Total other subtractions**                                             **-$905.99**

TFS payment withdrawn from Debtor's account.

This page intentionally left blank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**18000 Studebaker Rd Ste 325,**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*):   __Notice of Motion and Motion in Individual Case for__
__Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate__  will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders
and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __1/9/26__, I checked
the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the
Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth F. Rojas:  cacb_ecf_sv@ch13wla.com
United States Trustee: ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __1/9/26__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage
prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed
no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for
each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __1/7/26__, I served the following persons
and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by
facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or
overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Dane W Exnowski: dane.exnowski@mccalla.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 9, 2026 | Victor Hernandez | /s/ Victor Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 10                    **F 4001-1.IMPOSE.STAY.MOTION**

Flor Alba Rodriguez-Rodriguez
9831 Sepulveda Blvd
Unit 26
North Hills, CA 91343


Onyinye N Anyama
Anyama Law Firm, APC
18000 Studebaker Rd Ste 325,
Cerritos, CA 90703


CarMax Auto Finance
Attn: Bankruptcy
12800 Tuckahoe Creek Pkwy
Richman, VA 23238


CarMax Auto Finance
Attn: Bankruptcy
1200 Tuckahoe Creek Pkwy
Richman, VA 23238


CarMax Auto Finance
225 Chastain Meadows Court
Ste 210
Kennesaw, GA 30144


CarMax Auto Finance
Attn: David McCreight, CEO
12800 Tuckahoe Creek Parkway
Henrico, VA 23238


Dmi/royal Pacific Fund
1 Corporate Dr
Lake Zurich, IL 60047


Fnbo Slice
P.o. Box 3412
Omaha, NE 68197

Jefferson Capital Systems, LLC
PO BOX 7999
Saint Cloud, MN 56302-9617


Royal Pacific Funding Corporation
Bankruptcy Department
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8924


Royal Pacific Funding Corporation
Attn: Sam Soliman, CEO
4000 MacArthur Blvd
West Tower - 7th Floor
Newport Beach, CA 92660


Royal Pacific Funding Corporation
Attn: Sam Soliman, CEO
4000 MacArthur Blvd Ste 7000
Newport Beach, CA 92660


Royal Pacific Funding Corporation
Attn: Mark Matta, Serv. Agent
4000 MacArthur Blvd
West Tower - 7th Floor
Newport Beach, CA 92660


Sepulveda/Lassen HOA
5805 Sepulveda Blvd
Suite 670
Van Nuys, CA 91411


Sepulveda/Lassen HOA
9831 Sepulveda Blvd
9831 Sepulveda Blvd
Suite 26
North Hills, CA 91343


Sepulveda/Lassen HOA c/o
Citicore Property Mgmt Inc HOA
16909 Parthenia St, STE 105
North Hills, CA 91343

Sepulveda/Lassen HOA c/o
Citicore Property Mgmt Inc HOA
9020 Reseda Blvd, Ste 206
Northridge, CA 91324


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896