| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Onyinye N Anyama (SBN: 262152)**<br>**18000 Studebaker Rd Ste 325,**<br>**Cerritos, CA 90703**<br>**Tel: (562) 645-4500**<br>**Fax: (562) 645-4494**<br>**Email: onyi@anyamalaw.com**<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:  **Flor Alba Rodriguez-Rodriguez**<br><br>Debtor(s) | CASE NO.: **1:26-bk-10013-VK**<br>CHAPTER: **13** |
|---|---|
| | **SUPPLEMENTAL NOTICE RE:**<br>**AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO**<br>**FOR REMOTE APPEARANCE** |
| | HEARING DATE: **February 5, 2025**<br>HEARING TIME: **9:30am**<br>HEARING LOCATION: **Zoom** |

**Movant: Flor Alba Rodriguez-Rodriguez**

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time and at the location indicated above, before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

   > **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)**

2. In addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear using ZoomGov is provided on the following page of this notice.

3. Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

4. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. **Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.**

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. **All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.**

9. Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL:
    https://cacb.zoomgov.com/j/1606048624
    Meeting ID:    160 604 8624
    Password:    067894
    Telephone:    1-669-254-5252 OR 1-646-828-7666

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 1/9/26

The Anyama Law Firm
Printed name of law firm (if applicable)

Onyinye N. Anyama
Printed name of individual Movant or attorney for Movant

---

**NOTE: Unless otherwise ordered by Judge Kaufman: (i) this form should not be used for any trial or evidentiary hearing and (ii) no party or witness may appear remotely for any trial or evidentiary hearing.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18000 Studebaker Rd., Suite 325, Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL NOTICE RE: AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __1/9/26__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth F. Rojas: cacb_ecf_sv@ch13wla.com
United States Trustee: ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __1/9/26__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __7/21/23__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Dane W Exnowski:** dane.exnowski@mccalla.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/9/26 | Victor Hernandez | /s/Victor Hernandez |
|---|---|---|
| Date | Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

Flor Alba Rodriguez-Rodriguez
9831 Sepulveda Blvd
Unit 26
North Hills, CA 91343


Onyinye N Anyama
Anyama Law Firm, APC
18000 Studebaker Rd Ste 325,
Cerritos, CA 90703


CarMax Auto Finance
Attn: Bankruptcy
12800 Tuckahoe Creek Pkwy
Richman, VA 23238


CarMax Auto Finance
Attn: Bankruptcy
1200 Tuckahoe Creek Pkwy
Richman, VA 23238


CarMax Auto Finance
225 Chastain Meadows Court
Ste 210
Kennesaw, GA 30144


CarMax Auto Finance
Attn: David McCreight, CEO
12800 Tuckahoe Creek Parkway
Henrico, VA 23238


Dmi/royal Pacific Fund
1 Corporate Dr
Lake Zurich, IL 60047


Fnbo Slice
P.o. Box 3412
Omaha, NE 68197

Jefferson Capital Systems, LLC
PO BOX 7999
Saint Cloud, MN 56302-9617


Royal Pacific Funding Corporation
Bankruptcy Department
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8924


Royal Pacific Funding Corporation
Attn: Sam Soliman, CEO
4000 MacArthur Blvd
West Tower - 7th Floor
Newport Beach, CA 92660


Royal Pacific Funding Corporation
Attn: Sam Soliman, CEO
4000 MacArthur Blvd Ste 7000
Newport Beach, CA 92660


Royal Pacific Funding Corporation
Attn: Mark Matta, Serv. Agent
4000 MacArthur Blvd
West Tower - 7th Floor
Newport Beach, CA 92660


Sepulveda/Lassen HOA
5805 Sepulveda Blvd
Suite 670
Van Nuys, CA 91411


Sepulveda/Lassen HOA
9831 Sepulveda Blvd
9831 Sepulveda Blvd
Suite 26
North Hills, CA 91343


Sepulveda/Lassen HOA c/o
Citicore Property Mgmt Inc HOA
16909 Parthenia St, STE 105
North Hills, CA 91343

Sepulveda/Lassen HOA c/o
Citicore Property Mgmt Inc HOA
9020 Reseda Blvd, Ste 206
Northridge, CA 91324


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896